# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

VICTORIA L WILLIAMS,

    Plaintiff,

v.                                    CASE NO. 1:14-cv-00218-MP-CAS

CAROLYN W COLVIN,

    Defendant.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 30, 2015. (Doc. 14). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Petitioner has filed objections at Doc. 15. I have made a de novo review based on those objections. The Court agrees that plaintiff has not made a reasonable showing that she received the notice of the decision of the Appeals Council after the presumed date of notice, September 20, 2014. Thus, her complaint, filed on November 21, 2014, is untimely and must be dismissed.

    Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order. The Defendant's motion to dismiss, doc. 10, construed as a motion for summary judgment, doc. 11 , is GRANTED and the case dismissed.

    **DONE AND ORDERED** this  *27th* day of August, 2015

                                              *s/Maurice M. Paul*
                                        Maurice M. Paul, Senior District Judge